UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| James and Elizabth Hewitt,<br><br>             Plaintiffs<br>v.<br><br>City of Portsmouth, Karen Conard,<br>Susan Morrell, Susan Woodland,<br>Mayor Deaglan McEachern,<br>City Councilors John Tabor, Vincent<br>Lombardi, Richard Blalock, Elizabeth<br>Moreau, and Katherine Cook<br><br>             Defendants | Civil Action No._____<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL TO CLERK OF COURT

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441 (Federal Question – 28 U.S.C. § 1331); AND 28 U.S.C. § 1446 (Procedure for Removal)**

Defendants City of Portsmouth, Karen Conard, Susan Morrell, Susan Woodland, Mayor Deaglan McEachern, John Tabor, Vincent Lombardi, Richard Blalock, Elizabeth Moreau, and Katherine Cook submit this Notice of Removal pursuant to 28 U.S.C. § 1441(a) (Federal Question – 28 U.S.C. § 1331), and 28 U.S.C. § 1446 (Procedure for Removal), and state the following:

1. Plaintiff commenced a state court action entitled *James Hewitt, et al. v. City of Portsmouth, et al.,* Rockingham County Superior Court, Docket No. 218-2025-CV-00955. Undersigned counsel filed an acceptance of service on behalf of all Defendants on September 18, 2025, of a Complaint dated August 20, 2025. A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. This civil action is removable under 28 U.S.C. § 1441(a) because Plaintiff alleges violations of federal law, specifically that the Defendants violated 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

3. The United States District Court for the District of New Hampshire has proper subject matter jurisdiction over, and is the proper venue for, all claims in this action at this time.

4. The time for removal has not expired.

5. A copy of this notice of removal has been sent to Plaintiff (Exhibit B) and to the New Hampshire Superior Court, Rockingham County, Northern District (Exhibit C).

6. A Civil Cover Sheet is filed herewith (Exhibit D).

Respectfully submitted,

**City of Portsmouth, Karen Conard,
Susan Morrell, Susan Woodland,
Mayor Deaglan McEachern,
City Councilors John Tabor, Vincent
Lombardi, Richard Blalock, Elizabeth
Moreau, and Katherine Cook**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated: September 18, 2025

By: /s/ Matthew V. Burrows
Matthew V. Burrows, Esq. (#20914)
214 North Main Street
Concord, NH 03301
(603) 545-3643
burrows@gcglaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this filing was served via the Court's electronic filing system upon counsel of record.

Dated:  September 18, 2025          By: /s/ Matthew V. Burrows
                                                         Matthew V. Burrows, Esq. (#20914)